IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-000425-REB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. LEONARD E. GOODEN,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2006

GREGORY C. LANGHAM
                CLERK

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Leonard Eugene Gooden, DOC # 112322 before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the First Superseding Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 14th day of February, 2006.

~~ROBERT E. BLACKBURN, JUDGE~~
~~UNITED STATES DISTRICT~~ COURT
~~DISTRICT OF COLORADO~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE