**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE ROBERT E. BLACKBURN**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter:   Suzanne Claar  
Probation Officer: Susan Heckman  

Date: March 26, 2007  
Time: 20 minutes  
Interpreter: n/a  

**CASE NO.  05-CR-00425-REB**

<u>Parties</u>

<u>Counsel</u>

**UNITED STATES OF AMERICA,**

Joshua Stein

Plaintiff,

vs.

**LEONARD E. GOODEN,**

Brian K. Holland

Defendants.

**SENTENCING**

**9:04 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
05-CR-00425-WDM
March 26, 2007

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Holland addresses defendant's objections to the presentence investigation report.

Defendant addresses sentencing.

Comments by Mr. Stein.

**ORDERED:** Government's Motion for Downward Departure (Doc #384), filed 3/23/07 is **GRANTED.**

Defendant entered his plea on **May 3, 2006** to count **3 of the First Superseding Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **76** months, to be served consecutive to any sentence of imprisonment defendant is presently serving.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility where the defendant can participate in a Residential Drug Abuse Program (RDAP).**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

      ( )      Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

Page Three
05-CR-00425-WDM
March 26, 2007

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** as follows: Payable to Clerk, United States District Court, 901 19th Street, Denver, CO 80294

      **$19,328.00**    to    **St. Anthony Central Hospital**
                                               **c/o Centura Hospital Business Office**
                                               **8140 S. Holly Street**
                                               **Centennial, CO 80122**
                                               **#000260509-0001**

Restitution is ordered jointly and severally with co-defendants Joshua Hall, Marissa M. Yingling-Windbush, Aaron R. Bowen and Travis Miller.

Restitution shall be paid in equal monthly installments of not less than **$50.00** during term of supervised release. Interest on unpaid restitution is WAIVED because the defendant does not have the ability to pay.
Page Four
05-CR-00425-WDM
March 26, 2007

**ORDERED:** Government's Motion to Dismiss Counts 4 and 6 of the First Superseding Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:44 a.m.      COURT IN RECESS**

**Total in court time:    20 minutes**

**Hearing concluded**